BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

**FILED**

JAN 30 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 183-8449153 HELD IN THE NAME OF DAVID ZINNEL, IN AN AMOUNT UP TO AND INCLUDING $125,000,<br><br>ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 358-4700995 HELD IN THE NAME OF BEST BUILD, INC., and<br><br>ALL FUNDS MAINTAINED AT FIRST BANK ACCOUNT NUMBER 242-5126004, HELD IN THE NAME OF STEVE ZINNEL,<br><br>Defendants. | 2:13-SW-00730-EFB<br>2:13-SW-00731-EFB<br>2:13-SW-00732-EFB<br><br>ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANTS AND SEIZURE WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: Jan 30, 2014

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1

Order Re: Request to Unseal Documents